```
         UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 05 B 31873
    CHARLES CAVANAUGH JR
    TINA CAVANAUGH                              CHAPTER 13

                                                JUDGE: BRUCE W BLACK

           Debtor
    SSN XXX-XX-3128      SSN XXX-XX-4260

--------------------------------------------------------------------------------
                       TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------

     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.   The case was filed on 08/12/05 and confirmed on 10/28/05.

    2.   The plan is paid in full.

    3.   The Debtor paid a total of $  31863.96 .

    4.   The Trustee made disbursements to creditors as follows:

--------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                             PAID          PAID
--------------------------------------------------------------------------------
WELLS FARGO HOME MORT      CURRENT MORTG         .00            .00            .00
FORD MOTOR CREDIT CO       SECURED VEHIC    14500.00            .00       14500.00
FORD MOTOR CREDIT CO       UNSECURED        NOT FILED           .00            .00
APLM LTD                   UNSECURED        NOT FILED           .00            .00
ASSET ACCEPTANCE CORP      UNSECURED          493.94            .00         493.94
WASTE MANAGEMENT NORTH     UNSECURED        NOT FILED           .00            .00
CAPITAL ONE BANK           UNSECURED          615.37            .00         615.37
CAPITAL ONE BANK           UNSECURED          390.51            .00         390.51
CITICARDS PRIVATE LABEL    UNSECURED        NOT FILED           .00            .00
ECAST SETTLEMENT CORPORA   UNSECURED          784.86            .00         784.86
EDWARD HOSPITAL            UNSECURED        NOT FILED           .00            .00
FOX VALLEY CARDIOVASCULA   UNSECURED        NOT FILED           .00            .00
ECAST SETTLEMENT CORPORA   UNSECURED          978.93            .00         978.93
IC SYSTEMS                 UNSECURED        NOT FILED           .00            .00
NICOR GAS                  UNSECURED          416.84            .00         416.84
RUSH COPLEY MEDICAL CENT   UNSECURED        NOT FILED           .00            .00
ROUNDUP FUNDING LLC        UNSECURED           90.28            .00          90.28
ROUNDUP FUNDING LLC        UNSECURED          155.91            .00         155.91
TRANS WORLD SYSTEMS        UNSECURED        NOT FILED           .00            .00
VALLEY IMAGING CONSULTAN   UNSECURED        NOT FILED           .00            .00
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                             PAID          PAID
--------------------------------------------------------------------------------
FORD MOTOR CREDIT CO       UNSECURED         2799.00            .00        2799.00
ASSET ACCEPTANCE CORP      UNSECURED         4020.35            .00        4020.35
ECAST SETTLEMENT CORPORA   UNSECURED         3045.98            .00        3045.98
           Summary of disbursements:
--------------------------------------------------------------------------------
                    SECURED       PRIORITY      UNSECURED       OTHER         TOTAL
--------------------------------------------------------------------------------
```

```
TOTAL CLMS ALLOWED      14500.00              .00      13791.97              .00      28291.97
PRINCIPAL PAID          14500.00              .00      13791.97              .00      28291.97
INTEREST PAID                .00              .00            .00              .00            .00
TOTAL PAID              14500.00              .00      13791.97              .00      28291.97
```

The Debtor's attorney, FOX VALLEY LEGAL GROUP          , was allowed $   2200.00 and was paid $    200.00   direct and $   2000.00   through the plan.

The Trustee received $    1571.99 .

Refunds to the Debtor totaled $         .00 .

   Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 07/18/08                     /S/
                                    GLENN STEARNS
                                    CHAPTER 13 TRUSTEE